# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Sean Patrick Solomon and Karen J. Solomon | **Case No :** | **10−37438 − E − 13L** |
| | | **Date :** | 1/18/11 |
| | | **Time :** | 01:00 |

**Matter :**   [107] − Motion/Application for Relief from Stay [PD−1] Filed by Creditor Wells Fargo Bank, NA (Fee Paid $150) (jlns)
[107] − Motion/Application for Adequate Protection [PD−1] Filed by Creditor Wells Fargo Bank, NA (jlns)

**Judge :**   Ronald H. Sargis
**Courtroom Deputy :**   Janet Larson
**Reporter :**   Diamond Reporters
**Department :**   E

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Matthew Clark
**Respondent(s) :**
   Debtor − Sean Patrick Solomon
   Joint Debtor − Karen J. Solomon

HEARING CONTINUED TO: 3/8/11 at 02:30 PM

The hearing was continued for the following reason(s):

Local Rule 9014−1(f)(1) Motion Opposition Filed.

Proper Notice Provided. The Proof of Service filed on December 16, 2010, states that the Motion and supporting pleadings were served on Debtors (pro se), Chapter 13 Trustee, other parties in interest, and Office of the United States Trustee. By the courts calculation, 33 days notice was provided.

The Motion for Relief from the Automatic Stay has been set for hearing on the notice required by Local Bankruptcy Rule 9014−1(f)(1). Debtors filed untimely opposition and did not seek leave to file untimely opposition.

The Hearing is continued to 2:30 p.m. March 8, 2011. The court will consider the motion in light of the outcome of an adversary proceeding currently pending before the United States District Court for the Eastern District of California (No. 10−cv−02565−JAM−KJN (TEMP)).