FILED
March 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D139

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Sean Patrick Solomon and Karen J. Solomon |
| | **Case No :** 10-37438 - E - 13L |
| | **Date :** 3/8/11 |
| | **Time :** 02:30 |
| **Matter :** | [57] - Objection to Claim of Wells Fargo Bank N.A., [SPS-7] Filed by Joint Debtor Karen J. Solomon, Debtor Sean Patrick Solomon (kwis) |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | Diamond Reporters |
| **Department :** | E |

**APPEARANCES for :**
**Movant(s) :**
   Debtor - Sean Patrick Solomon
   Joint Debtor - Karen J. Solomon
**Respondent(s) :**
(by phone)   Creditor's Attorney - Matthew Clark

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Status Conference in this Chapter 13 case having been conducted by the the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Status Conference is continued to 2:30 p.m. on May 3, 2011.

Dated: March 09, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

---

Matthew Clark
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177-0933


Karen Solomon
19148 Connie Dr
Grass Valley, CA 95949


Sean Solomon
19148 Connie Dr
Grass Valley, CA 95949


Lawrence Loheit
PO Box 1858
Sacramento, CA 95812-1858