# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Sean Patrick Solomon and Karen J. Solomon |
| **Case No :** | 10-37438 - E - 13L |
| **Date :** | 5/3/11 |
| **Time :** | 2:30 |
| **Matter :** | [107] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, NA (Fee Paid $150) (jlns)<br>[107] - Motion/Application for Adequate Protection [PD-1] Filed by Creditor Wells Fargo Bank, NA (jlns) |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | Diamond Reporters |
| **Department :** | E |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Matthew Clark
**Respondent(s) :**
   Debtor - Sean Patrick Solomon
   Joint Debtor - Karen J. Solomon

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the creditor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. Section 362(a) are immediately vacated to allow Wells Fargo Bank, N.A., its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 19148 Connie Drive, Grass Valley, California.

No other or additional relief is granted.

Dated: May 07, 2011

By the Court

*Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court